UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULA KUCHCIAK,

      Plaintiff,                    Case No. 09-10797

v.                                  District Judge Arthur J. Tarnow
                                     Magistrate Judge Charles E. Binder

CLARICE STOVALL,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [DE 11],
## AND DISMISSING CASE

      Before the Court is the Magistrate Judge's Report and Recommendation [DE 11], filed August 7, 2009.  The Report and Recommendation recommended that the case be *sua sponte* dismissed for failure to state a claim upon which relief may be granted

      By the August 24, 2009, deadline, Plaintiff had filed no objections to the Report and Recommendation.  There having been no objection, and the Court being fully advised in the premises,

      IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Binder [DE 11]  is ADOPTED.

      IT IS FURTHER ORDERED that this case is DISMISSED for the reasons stated in the Report and Recommendation.

      SO ORDERED.

                                                  S/Arthur J. Tarnow
                                                  Arthur J. Tarnow
                                                  United States District Judge

Dated:  August 26, 2009

      I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on August 26, 2009, by electronic and/or ordinary mail.

                                                  S/Catherine A. Pickles
                                                 Judicial Secretary